UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

DEVON MAURICE McCRAW,

Petitioner,

v.

K. HARRINGTON, WARDEN,

Respondent.

CV 10-7824-JHN (SH)

JUDGMENT

IT IS ADJUDGED that the Petition for Writ of habeas Corpus is denied and the action is dismissed with prejudice.

DATED: May 2, 2012

JACQUELINE NGUYEN
UNITED STATES DISTRICT JUDGE